**Alan LEONARD, Appellant,**

v.

**Ed RICHARDSON, Respondent.**

**WD 78607**

Missouri Court of Appeals,
Western District.

ORDER FILED: June 14, 2016

Motion for Rehearing and/or Transfer
to Supreme Court Denied
August 2, 2016.

Application for Transfer Denied
Nov. 1, 2016

Mark Abbott, Hallsville, MO, Counsel for Appellant.

Todd Smith, Columbia, MO, Counsel for Respondent.

Before Division Two: Victor C. Howard, P.J., Thomas H. Newton, and Karen King Mitchell, JJ.

**ORDER**

Per Curiam:

Mr. Alan Leonard appeals a judgment denying his request for a judicial declaration of partnership or, in the alternative, damages for unjust enrichment, and granting Mr. Ed Richardson's claim for a declaration of abandoned property and ordering Mr. Leonard to pay half of his attorney fees.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).